# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Parus Holdings Inc. v. Sallie Mae Bank

No. 16-1179; -1180; -1181

## Entry of Appearance

(INSTRUCTIONS: Counsel refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    X As counsel for:  PNC Bank, N.A., SunTrust Bank and SunTrust Mortgage, Inc.

I am, or the party I represent is (select one):
☐ Petitioner  ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant  X Appellees    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:
Name:  Shaton C. Menzie
Law firm: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
Address:  303 Peachtree Street NE, Suite 3500
City, State and ZIP:  Atlanta, GA  30308
Telephone:  (404) 653-6435
Fax #:   (404) 653-6444
E-Mail address: shaton.menzie@finnegan.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

X  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  11/16/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
X Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date December 11, 2015           /s/Shaton C. Menzie
                                  Signature of pro se or counsel

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing ENTRY OF APPEARANCE were served upon registered counsel by operation of the Court's CM/ECF system on this 11th day of December, 2015.

/s/Donna Stockton
Donna Stockton